ALAN E. SWERDLOW, ESQ. (130341)
LUCAS J. OLONA (235831)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 - 12th Street, Suite 1800
Oakland, CA 94607
P.O. Box 12925, Oakland 94604
Tel:    510/ 834-4350
Fax:    510/ 839-1897

Attorneys for Defendant
CLARENDON AMERICA INSURANCE COMPANY

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST FINANCIAL INSURANCE COMPANY, | Case No. C 06-01678 MHP |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| CLARENDON AMERICA INSURANCE COMPANY; and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, through their respective counsel, hereby stipulate to the dismissal with prejudice of the above-captioned matter. Each party to bear its own costs.

DATED: March 17, 2006

YOUNGERMAN & McNUTT LLP

By: _____
RITA H. ISSAGHOLIAN
Attorneys for Plaintiff
FIRST FINANCIAL INSURANCE COMPANY

-1-
STIPULATION OF DISMISSAL

1 | DATED: March 20, 2006         BOORNAZIAN, JENSEN & GARTHE

2

3

4                                              By: /s/ Alan Swerdlow
                                               ALAN E. SWERDLOW
5                                              Attorneys for Defendant
                                               CLARENDON AMERICA INSURANCE
6                                              COMPANY

7

8

9  24431\372975    March 22, 2006

**IT IS SO ORDERED**
/s/ Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-
**STIPULATION OF DISMISSAL**